UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWAYNE BREWSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOMA COUNTY SHERIFFS OFFICE,<br><br>    Defendant. | Case No. 21-09369 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff an inmate at the Sonoma County Jail, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No.5. This matter was originally assigned to the Honorable Magistrate Judge Susan van Keulen, to which Plaintiff filed consent. Dkt. No. 3. On January 11, 2022, Judge van Keulen screened the complaint and found it failed to set forth sufficient facts to state a claim. Dkt. No. 9. Judge van Keulen dismissed the complaint with leave to amend within twenty-eight days of the court order, i.e., no later than February 8, 2022. Id. at 3. Plaintiff was advised that failure to file a proper amended complaint within the designated time would result in the dismissal of this action. Id. The matter was reassigned to this Court on March 4, 2022. Dkt. Nos. 10, 11.

Because Plaintiff has failed to file an amended complaint in the time provided to correct the deficiencies in the original complaint, this action is **DISMISSED** with prejudice for failure to state a claim for relief.

The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated:  __March 14, 2022__

EDWARD J. DAVILA
United States District Judge